435 A.2d 927

Glenn v. Glenn, Appellant.

Submitted March 17, 1980. Lee H. Roberts, for appellant; W. David Marcello, for appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

The order is affirmed on the comprehensive opinion of Judge C. V. Brown.

435 A.2d 927

Jacobs v. Jacobs, Appellant.

Argued April 15, 1980. Joseph N. Cascio, for appellant; Dean A. Bowman, for appellee.

Before CAVANAUGH, HOFFMAN, and VAN der VOORT, JJ.

Order affirmed.